**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EARL LESTER RICHARDSON, : | |
| : | |
| Petitioner, : | Civil No. 07-4439 (RBK) |
| : | |
| v. : | |
| : | **O R D E R** |
| CHARLES SAMUELS, : | |
| : | |
| Respondent. : | |

For the reasons expressed in the Opinion issued herewith;

IT IS on this   28th   day of   March  , 2008;

**ORDERED** that Respondent's Motion to Dismiss for lack of jurisdiction (docket entry 13) is hereby GRANTED; and it is further

**ORDERED** that the Petition for a Writ of Habeas Corpus is hereby DISMISSED, without prejudice; and it is finally

**ORDERED** that the Clerk of the Court shall close this case.

                                    S/Robert B. Kugler
                                    ROBERT B. KUGLER
                                    United States District Judge